# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| STEPHAN R. ORSAK, | Civil No. 08-5274 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| METROPOLITAN AIRPORTS COMMISSION, *et al.,* | |
| Defendants. | |

___

Philip Getts, **LAW OFFICES OF PHILIP W GETTS,** 2116 Second Avenue South, Minneapolis, MN 55404, for plaintiff.

Andrea Kiehl, Timothy Schupp, and Wendy Canaday, **FLYNN, GASKINS & BENNETT, LLP,** 333 South Seventh Street, 29th Floor, Minneapolis, MN 55402, for defendants.

Based upon the parties' stipulation of dismissal of defendant Darrell Graveley [Docket No. 32], filed on August 24, 2009, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that all claims or any potential claims in this lawsuit against Sergeant Darrell Graveley are dismissed with prejudice and without costs or disbursements to any of the parties.

DATED: August 25, 2009
at Minneapolis, Minnesota.

                                                                       s/John R. Tunheim
                                                            JOHN R. TUNHEIM
                                                   United States District Judge