## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| STEPHAN R. ORSAK, | Civil No. 08-5274 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| OFFICER BRAD WINGATE, | |
| Defendant. | |

_____

Philip Getts, **LAW OFFICES OF PHILIP W. GETTS,** 2116 Second Avenue South, Minneapolis, MN 55404, for Plaintiff.

Andrea Kiehl, Timothy Schupp, and Wendy Canaday, **FLYNN GASKINS & BENNETT, LLP,** 333 South Seventh Street, Suite 2900, Minneapolis, MN 55402, for Defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: April 7, 2010
at Minneapolis, Minnesota.

                                                                                                        s/ John R. Tunheim
                                                                                                      JOHN R. TUNHEIM
                                                            United States District Judge